**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EDWARD DEWAYNE WASHINGTON**                                                         **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 4:06CV89-P-B**

**GENERAL MOTORS CORPORATION**                                            **DEFENDANT**

## ORDER

This cause is before the Court on the plaintiff's Motion to Reconsider Judgment Dismissing Party by Reason of Bankruptcy Pending [38]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons stated in the defendant's response in opposition thereto. Accordingly,

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Reconsider Judgment Dismissing Party by Reason of Bankruptcy Pending [38] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 1st day of October, 2007.

                                                                /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE