# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EDWARD DEWAYNE WASHINGTON**　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**CAUSE NO.: 4:06CV89**

**GENERAL MOTORS CORPORATION**　　　　　　　　　　　　　**DEFENDANT**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment (docket entry 33) is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __17th__ day of April.

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Sharion Aycock**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**